UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00395-D4

UNITED STATES OF AMERICA

V.                                                    ORDER

DAMION JACKSON

---

DEFENDANT'S MOTION TO FILE UNDER SEAL having come before this Court; and

for good cause appearing, is granted

SO ORDERED.

This the _18_ day of _September_ , 2020.

_____
HONORABLE DISTRICT COURT JUDGE JAMES C. DEVER