UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00395-D4

UNITED STATES OF AMERICA

V.                                 ORDER

DAMION JACKSON

---

DEFENDANT'S MOTION TO FILE UNDER SEAL having come before this Court; and for good cause appearing, is granted

SO ORDERED.

This the 8 day of December 2020.

_____
HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE