UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00395-D4

UNITED STATES OF AMERICA

V.                                                                    ORDER
DAMION JACKSON

---

DEFENDANT'S MOTION TO FILE UNDER SEAL having come before this Court; and

for good cause appearing, is granted

SO ORDERED.

This the **24** day of **March**, 2021.

_____
HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE