UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00395-D4

UNITED STATES OF AMERICA

V.                                                          ORDER

DAMION JACKSON

---

DEFENDANT'S MOTION TO FILE UNDER SEAL having come before this Court; and

for good cause appearing, is granted

SO ORDERED.

This the 6 day of July, 2021.

                                         J. Dever
                                         HONORABLE JAMES C. DEVER III
                                         UNITED STATES DISTRICT COURT JUDGE